In the Matter of ANGEL H., Also Known as ANGEL L.H., and Another. MERCY FIRST, Respondent; OMAYRA G., Appellant, et al., Respondent. (And Another Proceeding.)

Submitted August 5, 2013; decided September 3, 2013

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.

In the Matter of SANAYI BECKLES, Appellant, v RAFAEL E. CESTERO, Respondent.

Submitted July 1, 2013; decided September 3, 2013

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.

Judge ABDUS-SALAAM taking no part.

In the Matter of DONALD MACK BENNETT, Appellant, v JEFF McKOY, Superintendent, et al., Respondents.

Decided September 3, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of ANNA CIANO, Appellant, v MAXWELL J. WILEY et al., Respondents.

Submitted July 8, 2013; decided September 3, 2013

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot.

Judge ABDUS-SALAAM taking no part.